AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHRISTOPHER ESCALANTE,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-09-655**
**WFFNBI/VICTORIA'S SECRET,**    **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendant.**

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed September 22, 2009, JUDGMENT is hereby entered DISMISSING this case without prejudice.**

Date: September 22, 2009          JAMES BONINI, CLERK

         */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk